<u>UNITED STATES DISTRICT COURT</u>

<u>EASTERN DISTRICT OF LOUISIANA</u>

| | | |
|---|---|---|
| LIONELL JACKSON | * | Civil Action No. 2:23-CV-6467 |
| | * | |
| VERSUS | * | |
| | * | |
| THE CITY OF HAMMOND, LOUISIANA | * | Judge: Greg Gerard Guidry |
| AND CRAIG DUNN | * | Magistrate: Donna Phillips Currault |

**************************************************************************

<u>DEFENDANTS' STATUS REPORT</u>
<u>ON CRIMINAL AND INVESTIGATION PROCEEDINGS</u>

On February 5, 2025, the Court entered an Order and Reasons granting a stay of this case in its entirety until the state court criminal proceeding against plaintiff is completed and the investigation of Defendant Dunn has been resolved. (R. Doc. 49). The Order further directed that Defendants provide the Court with a status report of the pending criminal matters, including the investigation of Defendant Dunn, every 120 days. Below is Defendants report.

**I.     State of Louisiana v. Lionell Jackson**

A review of the Tangipahoa Parish Clerk of Court's public records for the 21st Judicial District Court, reveals the following summary of pending criminal proceedings against Mr. Jackson.

Regarding the incident specific to this Court's civil case, Mr. Jackson was arraigned with the following charges in CR-2302368 (hereinafter the "Primary Criminal Case") on November 15, 2023: possession with intent to distribute schedule II under La. R.S. § 40:967(A); illegal carrying of weapons under La. R.S. § 14:95(E); and obstruction of justice under La. R.S. § 14:130.1. Mr. Jackson was released on bond.

After hearing evidence on criminal offenses while out on bond in the Primary Criminal Case, on June 17, 2024 Mr. Jackson's bond was revoked. On October 2, 2024, Mr. Jackson was

granted bond in the Primary Criminal Case with further conditions, including ankle monitoring.

On April 21, 2025, the Court held its most recent hearing in the Primary Criminal Case. Mr. Jackson's bond was revoked, and he was ordered to be held without bond. The Court fixed a pretrial conference for June 16, 2025 on the Primary Criminal Case.

## II.    Tangipahoa Parish Proceedings Regarding Craig Dunn

On March 8, 2024, a Tangipahoa Parish Grand Jury returned a no true bill against Craig Dunn after hearing testimony from seven witnesses. Therefore, no State charges have been filed against Officer Craig Dunn arising out of the incident which is the subject of this case.

## III.    Federal Review of the Incident

Undersigned Counsel for the City of Hammond is advised by the United States Attorney's office that the federal criminal investigation of Officer Craig Dunn's shooting of Lionell Jackson is closed.

**DATE: June 2, 2025**

Respectfully submitted,

| | |
|---|---|
| __/s/ Brittany L. S. Michael_____ | __/s/ Mark E. Hanna_____ |
| ANDRE G. COUDRAIN (#1789) | MARK E. HANNA (#19336) |
| BRITTANY L. S. MICHAEL (#35311) | TREVOR M. CUTAIAR (#33082) |
| CASHE COUDRAIN & BASS | DOMINIC J. CARMELLO (#40306) |
| P.O. Drawer 1509 | MOULEDOUX, BLAND, LEGRAND & |
| Hammond, Louisiana 70404 | BRACKETT, LLC |
| Telephone: (985) 542-6848 | 701 Poydras Street, Suite 600 |
| Facsimile: (985) 542-9602 | New Orleans, Louisiana 70139 |
| Email: agc@ccbattorneys.com | Telephone:   (504) 595-3000 |
|           bsm@ccbattorneys.com | Facsimile:   (504) 522-2121 |
| *Attorneys for the City of Hammond, Edwin Bergeron, Jr., Ryan Bergeron, Quin Bivona, Jacob Cowart, Christian James, Kristopher Shilling, Matt Wilson, and Chase Zaffuto* | Email: mhanna@mblb.com |
| | tcutaiar@mblb.com |
| | dcarmello@mblb.com |
| | *Attorneys for Craig Dunn* |