UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LIONELL JACKSON | * | Civil Action No. 2:23-CV-6467 |
| | * | |
| VERSUS | * | |
| | * | |
| THE CITY OF HAMMOND, LOUISIANA | * | Judge: Greg Gerard Guidry |
| AND CRAIG DUNN | * | Magistrate: Donna Phillips Currault |

*******************************************************************************

DEFENDANTS' STATUS REPORT
ON CRIMINAL PROCEEDINGS IN STATE OF LOUISIANA V. LIONELL JACKSON

On February 5, 2025, the Court entered an Order and Reasons granting a stay of this case in its entirety until the state court criminal proceeding against Plaintiff is completed and the investigation of Defendant Dunn has been resolved. (R. Doc. 49). The Order further directed that Defendants provide the Court with a status report of the pending criminal matters every 120 days. A prior report was submitted concluding matters as to Defendant Dunn.

A review of the Tangipahoa Parish Clerk of Court's public records for the 21st Judicial District Court reveals the following summary of pending criminal proceedings against Mr. Jackson.

Regarding the incident specific to this Court's civil case, Mr. Jackson was arraigned with the following charges in CR-2302368 (hereinafter the "Primary Criminal Case") on November 15, 2023: possession with intent to distribute schedule II under La. R.S. § 40:967(A); illegal carrying of weapons under La. R.S. § 14:95(E); and obstruction of justice under La. R.S. § 14:130.1.

On June 16, 2025, the minutes in CR-2302368 indicate "The Court ordered that on all docket numbers the BOND is REVOKED and the defendant was REMANDED into the custody of TPSO."

Mr. Jackson is currently in the custody of Tangipahoa Parish Sheriff's Office.

On September 4, 2025 in CR-2302368, motions were filed for: enrollment of new counsel, a preliminary hearing, reduction of bail, suppress confession, suppress evidence, production of discovery, bill of particulars for sixty (60) items, and disclosure of impeaching information. Identical filings were made on his behalf in CR-2400453 and CR-2400454 for alleged criminal conduct on July 8, 2023 and February 20, 2024.

On September 8, 2025 Mr. Jackson appeared for five pending cases with new defense counsel. Mr. Jackson was arraigned on CR-2501778 for arraignment of alleged criminal conduct on February 24, 2025 wherein Mr. Jackson pled not guilty. He also made an appearance in CR-2400452 for alleged criminal conduct on July 1, 2023.

On September 8, 2025, the 21st Judicial District Court granted enrollment of new counsel and continued motions for suppression of evidence, identification, and confession without date in cases in CR-2302368, CR-2400453, and CR-2400454. The Court set a hearing for October 20, 2025 on the motions for preliminary examination, production of discovery, bill of particulars, and disclosure of impeaching information in CR-2302368, CR-2400453, and CR-2400454. The Court also set pre-trial hearings on October 20, 2025 for all five cases.

**DATE: October 1, 2025**

Respectfully submitted,

| | |
|---|---|
| /s/ Brittany L. S. Michael | /s/ Mark E. Hanna |
| ANDRE G. COUDRAIN (#1789) | MARK E. HANNA (#19336) |
| BRITTANY L. S. MICHAEL (#35311) | TREVOR M. CUTAIAR (#33082) |
| CASHE COUDRAIN & BASS | DOMINIC J. CARMELLO (#40306) |
| P.O. Drawer 1509 | MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC |
| Hammond, Louisiana 70404 | 701 Poydras Street, Suite 600 |
| Telephone: (985) 542-6848 | New Orleans, Louisiana 70139 |
| Facsimile: (985) 542-9602 | Telephone:   (504) 595-3000 |
| Email: agc@ccbattorneys.com | Facsimile:   (504) 522-2121 |
| bsm@ccbattorneys.com | Email: mhanna@mblb.com |
| *Attorneys for the City of Hammond, Edwin Bergeron, Jr., Ryan Bergeron, Quin Bivona, Jacob Cowart, Christian James, Kristopher Shilling, Matt Wilson, and Chase Zaffuto* | tcutaiar@mblb.com |
| | dcarmello@mblb.com |
| | *Attorneys for Craig Dunn* |