UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LIONELL JACKSON | * | Civil Action No. 2:23-CV-6467 |
| | * | |
| VERSUS | * | |
| | * | |
| THE CITY OF HAMMOND, LOUISIANA | * | Judge: Greg Gerard Guidry |
| AND CRAIG DUNN | * | Magistrate: Donna Phillips Currault |

**************************************************************************

## DEFENDANTS' STATUS REPORT
## ON CRIMINAL AND INVESTIGATION PROCEEDINGS

On February 5, 2025, the Court entered an Order and Reasons granting a stay of this case in its entirety until the state court criminal proceeding against plaintiff is completed and the investigation of Defendant Dunn has been resolved. (R. Doc. 49). The Order further directed that Defendants provide the Court with a status report of the pending criminal matters, including the investigation of Defendant Dunn, every 120 days. Below is Defendants' report.

### I.     State of Louisiana v. Lionell Jackson

A review of the Tangipahoa Parish Clerk of Court's public records for the 21st Judicial District Court, <u>regarding the incident specific to this Court's civil case (CR-2302368: possession with intent to distribute schedule II under La. R.S. § 40:967(A); illegal carrying of weapons under La. R.S. § 14:95(E)</u>, reveals the following summary of pending criminal proceeding against Mr. Jackson:

> 12/15/25 – Vanessa Williams enrolled as counsel. A motion to continue was made by the defense with no objection by the State. The Court granted the continuance. Pretrial conference is set for February 2, 2026.
>
> 11/3/25 - The defendant was present in open court without counsel Stavros Panagoulopoulos. State represented Attorney General was not present in open court. This day this matter came up for pre trial conference and pretrial was set for December 15, 2025.
>
> 10/20/25 - The defendant was present in open court with counsel Stavros Panagoulopoulos. State represented by Attorney General Kendall Thomas. The matter came up for pre trial

motions which were fixed for November 3, 2025.

9/8/25 - The defendant was present in open court with counsel, D'Juan Mansfield standing in for Stavros Panagoulopoulus. State represented by Attorney General Kendall Thomas. The matter came up for arraignment. Defendant was advised of his rights, waived reading of the Bill and Entered a plea of not guilty to all charges. Pretrial Motions were fixed for 10/20/2025.

**II.   Tangipahoa Parish Proceedings Regarding Craig Dunn**

On March 8, 2024, a Tangipahoa Parish Grand Jury returned a no true bill against Craig Dunn after hearing testimony from seven witnesses. Therefore, no State charges have been filed to date against Officer Craig Dunn arising out of the incident which is the subject of this case.

**III.   Federal Review of the Incident**

Undersigned Counsel for the City of Hammond has been advised by the United States Attorney's Office that the federal criminal investigation of Officer Craig Dunn's shooting of Lionell Jackson is closed.

**DATE: January 28, 2026.**

Respectfully submitted,

| | |
|---|---|
| */s/ Andre G. Coudrain* | */s/ Mark E. Hanna* |
| Andre G. Coudrain (#1789) | Mark E. Hanna (#19336) |
| Indigo K. Diekmann (#39639) | John P. D'Avello (#39082) |
| Cashe Coudrain & Bass | Mouledoux, Bland, Legrand & Brackett, LLC |
| P. O. Drawer 1509 | 701 Poydras Street, Suite 600 |
| Hammond, LA 70404 | New Orleans, LA 70139 |
| Telephone: 985-542-6848 | Telephone: 504-595-3000 |
| Email: agc@ccbattorneys.com | Email:   mhanna@mblb.com |
|       ikd@ccbattorneys.com |         jdavello@mblb.com |
| *Attorneys for City of Hammond, Edwin Bergeron, Jr., Ryan Bergeron, Quin Bivona, Jacob Cowart, Christian James, Kristopher Shilling* | *Attorneys for Craig Dunn* |